

Veronica Y. MCCALL–SCOVENS,
Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 05–3238.

United States Court of Appeals,
Federal Circuit.

Aug. 26, 2005.

Veronica Y. McCall–Scovens (informal brief form enclosed), pro se.

NEWMAN, Circuit Judge.

*ORDER*

Veronica Y. McCall–Scovens submits a motion for leave to proceed in forma pauperis and Fed. Cir. R. 15(c) statement concerning discrimination. We treat McCall Scovens' submissions as a motion for reconsideration of the court's July 25, 2005 order dismissing her petition for review for failure to pay the filing fee and submit a Rule 15(c) statement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) McCall–Scovens' motion for leave to proceed in forma pauperis is granted.

(2) McCall–Scovens' motion for reconsideration is granted. The July 25, 2005 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(3) McCall–Scovens' brief is due within 21 days of the date of filing of this order.

GLAXO GROUP LIMITED and Smithkline Beecham Corporation, Plaintiffs–Appellees,

v.

TEVA PHARMACEUTICALS USA, INC. and Teva Pharmaceutical Industries, Ltd., Defendants–Appellants.

No. 05–1057, 05–1188, 05–1189, 05–1190.

United States Court of Appeals,
Federal Circuit.

Aug. 29, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Robert C. MELSON, Claimant–
Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

John S. Gettler, Claimant–Appellant,

v.

R. James Nicholson, Secretary of
Veterans Affairs, Respondent–
Appellee.

Terry L. Southerland, Claimant–
Appellant,

v.

R. James Nicholson, Secretary of
Veterans Affairs, Respondent–
Appellee.

John F. Walters, Claimant–Appellant,

v.

R. James Nicholson, Secretary of
Veterans Affairs, Respondent–
Appellee.

David J. Lucksted, Claimant–Appellant,

v.

R. James Nicholson, Secretary of
Veterans Affairs, Respondent–
Appellee.

James A. Burdette, Claimant–
Appellant,

v.

R. James Nicholson, Secretary of
Veterans Affairs, Respondent–
Appellee.

Nos. 04–7189, 05–7074, 05–7097,
05–7098, 05–7131, 05–7143.

United States Court of Appeals,
Federal Circuit.

Aug. 29, 2005.

## ORDER

Upon consideration of the appellants'
unopposed motions to voluntarily dismiss
their appeals,

IT IS ORDERED THAT:

(1) The motions to voluntarily dismiss
are granted.

(2) All parties shall bear their own
costs.

ALTAIR INSTRUMENTS, INC.,
Plaintiff–Appellee,

v.

NEWCELL–TECHNOLOGIES,
Defendant–Appellant,

and

Jose Aguila (doing business
as Newcell–Technologies),
Defendant–Appellant.

No. 05–1489.

United States Court of Appeals,
Federal Circuit.

Aug. 30, 2005.

Jose Aguila, pro se.

## ORDER

On August 10, 2005 the court issued an
order allowing 14 days for any party to